UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLOUNDA VERNEA ROBINSON,[1] <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, Commissioner of Social Security,[2] <br><br> Respondent. | Case No. 5:24-cv-00813-SRM-MAA <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE [24]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file herein and the Report and Recommendation of the United States Magistrate Judge (Dkt. 24). The time for filing objections has expired and no objections have been made (Dkt. 23). Upon consideration, the Court accepts the findings and recommendations of the Magistrate Judge and **ORDERS** as follows:

    (1) The Report and Recommendation of the United States Magistrate Judge is

---

[1] An alternative spelling appears in filings in this case as "Rolunda" as compared to the records in this action. *See, e.g.*, Dkts. 9-3 at 38; 12.

[2] Frank Bisignano became Commissioner of Social Security on May 7, 2025, and is automatically substituted for Martin O'Malley as Defendant in this suit pursuant to Federal Rule of Civil Procedure 25(d).

1 | accepted; and
2 | (2) Judgment shall be entered reversing the final decision of the
3 | Commissioner and remanding this matter for further administrative
4 | proceedings.

**IT IS SO ORDERED.**

DATED: June 4, 2025

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE