**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLOUNDA VERNEA ROBINSON, <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, Commissioner of Social Security, <br><br> Respondent. | Case No. 5:24-cv-00813-SRM-MAA <br><br> **JUDGMENT** |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge filed herewith,

IT IS HEREBY **ADJUDGED** that the decision of the Commissioner of Social Security is **REVERSED** and the matter is **REMANDED** for further administrative proceedings.

DATED: June 4, 2025

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE